No. 91–1747.  WESTERN FARM CREDIT BANK *v.* FOBIAN ET AL.; and

No. 91–1969.  FOBIAN ET AL. *v.* WESTERN FARM CREDIT BANK. C. A. 9th Cir.  Certiorari denied.  Reported below: 951 F. 2d 1149.